# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 09-1509 AG (MLGx) | Date | December 29, 2009 |
|---|---|---|---|
| Title | GROVE v. BAYER CORP., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     [IN CHAMBERS] ORDER TO SHOW CAUSE

Plaintiff Nancy Grove ("Plaintiff") filed this case in state court. Defendants Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals Inc., and McKesson Corporation (collectively "Removing Defendants") removed this case to federal court, stating that the Court has diversity jurisdiction over this case. One Defendant, McKesson Corporation ("McKesson"), is a citizen of the same state as Plaintiff, which would normally destroy diversity jurisdiction. But Defendants argue that diversity jurisdiction exists because McKesson was fraudulently joined. Accordingly, the Court ORDERS Defendants to show cause in writing by January 15, 2010 why this action should not be dismissed for lack of subject matter jurisdiction. Any party opposing the exercise of diversity jurisdiction may submit a response by January 22, 2010.

The parties' arguments should keep in mind this Court's decision in *Padilla v. AT&T Corp., et al.*, Order Granting Motion to Remand, SACV 09-0471 AG (ANx) (December 21, 2009), which the Court has attached for the parties' reference and which dealt with the issues of a purported sham defendant and the assessment of fees and costs.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | sdm | |